## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEFFREY SCOTT MINER,
ADC #83775                                                                                          PLAINTIFF

v.                                    4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                                               DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Porter and Byrd are DISMISSED from Plaintiff's Complaint, for failure to state a claim.

IT IS SO ORDERED this 2nd day of March, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE