**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JEFFREY SCOTT MINER,
ADC #83775                                                                                          PLAINTIFF

v.                                               4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                                                DEFENDANTS

**<u>ORDER</u>**

This matter is before the Court on Plaintiff's Motions to Take Depositions from Witnesses, for Order, and for Default Judgment (Doc. Nos. 22-24). Defendants filed a Response to the Motion for Default Judgment (Doc. No. 26).

Plaintiff asks to take the depositions of four witnesses by submitting written questions. However, according to FED.R.CIV.P. 31, depositions by written questions are to be taken by an officer authorized to administer oaths or a person appointed by the Court. <u>See</u> <u>also</u> FED.R.CIV.P. 28. Plaintiff asks the Court to assign an officer of the Court to question the his witnesses.

Although Plaintiff is proceeding in this action <u>pro se,</u> and <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915, "that statue does not authorize the court to pay, or to order the defendants to pay, the costs associated with taking depositions." <u>Baker v. Immanuel Medical Center</u>, No. 8:06cv655, 2007 WL 2914547, p. 2 (D.Neb. 2007), <u>citing</u> <u>U.S. Marshals Service v. Means</u>, 741 F.2d 1053, 1056 (8th Cir. 1984). In addition, "[g]ranting leave to proceed in forma pauperis does not grant the right to affirmative assistance from the court in conducting discovery or securing a court reporter." <u>Baker</u> at p. 2. Therefore, the Court will deny Plaintiff's Motion, to the extent that he asks the Court to appoint an officer to administer the questions to his witnesses.

In his Motion for Order (Doc. No. 23), Plaintiff asks the Court to order a physical examination of him, including a MRI, pursuant to FED.R.CIV.P. 35. Defendants have not filed a Response to this Motion. The Court will direct Defendants to respond within ten days of the date of this Order.

Finally, Plaintiff moves for a default judgment against Defendants, stating summons was issued on February 14, 2011, and that they did not respond to Plaintiff's Complaint within twenty days. In their Response, Defendants note that summons was returned, executed, on February 22, 2011 (Doc. Nos. 8, 9), and that they filed their answer timely, on March 7, 2011 (Do. No. 15). The Court agrees that Defendants timely filed their Answer, and will deny Plaintiff's Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Take Depositions from Witnesses (Doc. No. 22) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgment against Defendants (Doc. No. 24) is DENIED.

IT IS FURTHER ORDERED that Defendants shall respond to Plaintiff's Motion for Order (Doc. No. 23) within ten days of the date of this Order.

IT IS SO ORDERED this 24th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE