**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JEFFREY SCOTT MINER,
ADC #83775                                                                                          PLAINTIFF

v.                                              4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                                           DEFENDANTS

## ORDER

Plaintiff's Motion for Default Judgment against Defendants Childs and Givens, which is

construed as a Motion for Sanctions (Doc. No. 49) is DENIED.   As noted by Defendants in their

Response to the Motion (Doc. No. 51), Defendants provided discovery responses to Plaintiff,

pursuant to the Court's August 9, 2011 Order (Doc. No. 45), and the deadline for filing dispositive

motions has not yet passed.  See Initial Scheduling Order (Doc. No. 19).  Plaintiff provides no

evidence to support his Motion for Sanctions against Defendants.

IT IS SO ORDERED this 30th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE