# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEFFREY SCOTT MINER,
ADC #83775                                                              PLAINTIFF

v.                          4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                                DEFENDANTS

## **ORDER**

Plaintiff's Motion for Default Judgment against Defendants Childs and Givens, which is construed as a Motion for Sanctions (Doc. No. 49) is DENIED. As noted by Defendants in their Response to the Motion (Doc. No. 51), Defendants provided discovery responses to Plaintiff, pursuant to the Court's August 9, 2011 Order (Doc. No. 45), and the deadline for filing dispositive motions has not yet passed. See Initial Scheduling Order (Doc. No. 19). Plaintiff provides no evidence to support his Motion for Sanctions against Defendants.

IT IS SO ORDERED this 30th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1