**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JEFFREY SCOTT MINER,                                                                       PLAINTIFF
ADC #83775

v.                                                     4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                                              DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 63) is DENIED as moot.  Defendants indicate in

their Response (Doc. No. 64) that responses to Plaintiff's discovery requests have been forwarded

to the Plaintiff.

IT IS SO ORDERED this 1st day of December, 2011.


_____
      JEROME T. KEARNEY
      UNITED STATES MAGISTRATE JUDGE