## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEFFREY SCOTT MINER,                                                                    PLAINTIFF
ADC #83775

v.                                   4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                                              DEFENDANTS

### ORDER

Plaintiff's Motion to Compel (Doc. No. 63) is DENIED as moot. Defendants indicate in their Response (Doc. No. 64) that responses to Plaintiff's discovery requests have been forwarded to the Plaintiff.

IT IS SO ORDERED this 1st day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE