## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEFFREY SCOTT MINER,                                                                                    PLAINTIFF
ADC #83775

v.                                        4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                                                             DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 67), in which he claims Defendants failed to provide him with requested incident reports and policies and procedures. In their Response, Defendants provide a copy of their response to Plaintiff's discovery requests to show that they complied with his requests; Defendants also provide to Plaintiff another copy of those requests (Doc. No. 68). Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 67) is DENIED as moot.[1]

IT IS SO ORDERED this 10th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is reminded of FED.R.CIV.P. 37(a)(1), which requires that a motion to compel "**must include a certification** that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery **in an effort to obtain it without court action**." (Emphasis added.)