## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEFFREY SCOTT MINER                                                         PLAINTIFF

v.                        4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al.                                      DEFENDANTS

## **ORDER**

The Court has determined that counsel shall be appointed to represent the Plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Thomas B. Staley, 400 West Capitol Ave., Suite 2891, Little Rock, AR 72201-3415, 501-374-3818, is hereby appointed to represent Plaintiff Jeffrey Scott Miner in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 22nd day of February, 2012.

                                                 _____
                                                 JEROME T. KEARNEY
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.