# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEFFREY SCOTT MINER                                                                    PLAINTIFF

v.                                        4:11-cv-00059-JMM-JTK

DEMONTREL CHILDS, et al                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of April, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE